UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:23-cv-01962-SSS-SKx | Date | February 29, 2024 |
|---|---|---|---|
| Title | *Eloy Romero v. Express Fashion Operations, LLC, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

On September 25, 2023, Plaintiff filed a complaint. [Dkt. 1]. On October 23, 2024, the Clerk of Court issued a summons regarding the complaint. [Dkt. 15]. On January 8, 2024, Plaintiff was ordered to show cause why the case should not be dismissed for failing to serve the summons and complaint on the defendants. [Dkt. 17]. In response, Plaintiff's attorney, Gloria Haney, requested that the Court allow her to withdraw as counsel. [Dkt. 18]. That request was denied. [Dkt. 19].

As of today's date, there is still no proof that Plaintiff has served the summons and complaint on the defendants. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failing to prosecute this case. This matter is set for hearing on **April 5, 2024, at 1:00 p.m. via Zoom videoconference**. This order to show cause will be discharged if Plaintiff files the respective proofs of service before the above deadline. Failure to appear at this hearing may result in monetary sanctions.

//
//
//

  Moreover, Haney is ordered to serve a copy of this order on her client consistent with Federal Rule of Civil Procedure 5 by **March 15, 2024**. Haney must submit a proof of service showing service was effectuated by **March 18, 2024**.

  **IT IS SO ORDERED.**